AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Marcio de Jesus HERNANDEZ-HERNANDEZ,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 13-8080-DLB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 11, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | an alien, having previously been removed and deported from the United States on January 24, 2004, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States. |

This criminal complaint is based on these facts:
See attached affidavit of ICE Deportation Officer Andy Korzen.

☑ Continued on the attached sheet.

*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/15/2013__

*Judge's signature*

City and state: __West Palm Beach, Florida__      U.S. Magistrate Judge Dave Lee Brannon
*Printed name and title*

# UNITED STATES v. MARCIO DE JESUS HERNANDEZ-HERNANDEZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Marcio de Jesus HERNANDEZ-HERNANDEZ, committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 11, 2013, an individual identifying himself as Marcio de Jesus HERNANDEZ was arrested in Palm Beach County, Florida on charges of possession of marijuana, resisting officer, driving without valid license and violation of probation. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Marcio de Jesus HERNANDEZ-HERNANDEZ.

1

4. On or about January 18, 2013, your affiant received the immigration alien file assigned to Marcio de Jesus HERNANDEZ-HERNANDEZ. Official records within alien file assigned to Marcio de Jesus HERNANDEZ-HERNANDEZ show that he is a native and citizen of Honduras. Records further show that on or about May 24, 1999, Marcio de Jesus HERNANDEZ-HERNANDEZ was ordered removed from the United States. The Order of Removal was executed on or about January 24, 2004, whereby Marcio de Jesus HERNANDEZ-HERNANDEZ was removed from the United States to Honduras.

5. Department of Homeland Security, Biometric Support Center latent print examiner Amy K. Gordon conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about January 11, 2013, that is, Marcio de Jesus HERNANDEZ-HERNANDEZ was the same person previously removed from the United States on or about January 24, 2004.

6. On or about February 12, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A077 492 867 for the alien identified as Marcio de Jesus HERNANDEZ-HERNANDEZ, verifying that, after a diligent search, no record was found to exist indicating that Marcio de Jesus HERNANDEZ-HERNANDEZ had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

7. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about January 11, 2013, Marcio de Jesus

HERNANDEZ-HERNANDEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 15th day of February, 2013.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8080-DLB

**UNITED STATES OF AMERICA**

vs.

**Marcio de Jesus HERNANDEZ-HERNANDEZ,**

**Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
William.zloch@usdoj.gov